


SEP - 9 2005

MARY L.M. MORAN
CLERK OF COURT

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 95-00019-001 |
| Plaintiff, | ) | |
| vs. | ) | |
| FERDINAND HOWARD TEMPLO | ) | |
| Defendant. | ) | |

**Re: Report and Order Terminating Term of Supervised Release**

On September 8, 1995, Ferdinand Howard Templo was sentenced by the Honorable John S. Unpingco to 60 months imprisonment and four years supervised release for Count I: Importation of Methamphetamine, in violation of 21 U.S.C. §§952(a). Mr. Templo was ordered not to possess a firearm or destructive device; participate in a substance abuse treatment program under the policies and procedures of the U.S. Probation Office, to include urinalysis within 15 days of release on supervised release as well as at least two periodic drug tests thereafter; perform 400 hours of community service in lieu of a fine; and pay a special assessment fee of $100.

Mr. Templo complied with the terms of his supervised release. On February 14, 1996, he paid his special assessment fee. He completed 400 hours of community service on July 2, 2000. Mr. Templo completed the Drug Treatment Program on October 6, 1999. During his supervision term, he maintained employment as a painter with South Gulf Inc. since his release in February 1999.



ORIGINAL

Mr. Templo's supervised release term expired on February 5, 2003. The U.S. Probation Office has closed its interest in this case.

RESPECTFULLY submitted this 8th day of September 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: File

******************************************************************************************

ORDER OF THE COURT

IT IS SO ORDERED this 9 day of September 2005, that Ferdinand Howard Templo be discharged from supervised release and that the proceeding in the case be terminated.

ELIZABETH BARRETT-ANDERSON
DESIGNATED JUDGE

RECEIVED
SEP - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM